No. 85–110.   BINT ET AL. *v.* CREATIVE FOREST PRODUCTS ET AL.   Appeal from Sup. Ct. Idaho dismissed for want of substantial federal question.

No. 85–189.   NORTON *v.* ILLINOIS.   Appeal from App. Ct. Ill., 3d Dist., dismissed for want of substantial federal question.

No. 85–205.   ASMUSSEN ET AL. *v.* CITY OF AUSTIN, TEXAS, ET AL. (two cases).   Appeals from Ct. App. Tex., 3d Sup. Jud. Dist., dismissed for want of substantial federal question.

No. 85–5010.   MIHAL ET AL. *v.* SARGIS ET AL.   Appeal from Sup. Ct. Ohio dismissed for want of substantial federal question.

No. 85–5177.   GORDON *v.* IDAHO.   Appeal from Ct. App. Idaho dismissed for want of substantial federal question.

No. 84–1824.   WHITAKER ET AL. *v.* KNAPP.   Appeal from C. A. 7th Cir. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1835.   AMERICAN INSURANCE ASSN. ET AL. *v.* CHU, COMMISSIONER OF TAXATION AND FINANCE OF THE STATE OF NEW YORK, ET AL.   Appeal from Ct. App. N. Y. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1860.   ROUSSOS *v.* RETINA CONSULTANTS, P. C., ET AL.   Appeal from Ct. Sp. App. Md. dismissed for want of jurisdiction.   Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.

No. 84–1902.   STRODE *v.* GREGORY ET AL.   Appeal from Ct. App. Cal., 3d App. Dist., dismissed for want of jurisdiction. Treating the papers whereon the appeal was taken as a petition for writ of certiorari, certiorari denied.